| AO-10 (w)<br>Rev. 8/96 | FINANCIAL DISCLOSURE REPORT<br>Nomination Report | | Report Required by the Ethics<br>Reform Act of 1989, Pub L No.<br>101-194, November 30, 1989<br>(5 U.S.C. App. 4, Sec. 101-112) |
|---|---|---|---|
| 1. Person Reporting *(Last name, first, middle initial)*<br>WARD, JAMES . | 2. Court or Organization<br>U.S. COURT OF APPEALS, 9TH CIR | | 3. Date of Report<br>07/01/1997 |
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br>U.S. CIRCUIT JUDGE | 5. Report Type (check type)<br>X Nomination, Date 06/27/1997<br>___ Initial ___ Annual ___ Final | | 6. Reporting Period<br>01/01/1996<br>to<br>06/27/1997 |
| 7. Chambers or Office Address<br>U.S. COURTHOUSE<br>280 SOUTH FIRST STREET<br>San Jose, California 95113 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | | |
| IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page. | | | |

## I. POSITIONS   *(Reporting individual only; see pp. 9-13 of instructions)*

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | [ ] NONE (No reportable positions.) | |
| 1 | Member of Governing Board | California Lutheran University |
| 2 | | |

## II. AGREEMENTS   *(Reporting individual only; see pp.14-17 of instructions.)*

| DATE | | PARTIES AND TERMS |
|---|---|---|
| [X] | NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME   *(Reporting individual and spouse; see pp. 18-25 of instructions.)*

| | DATE | PARTIES AND TERMS | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| | [ ] NONE (No reportable non-investment income.) | | |
| 1 | 1996 | LINCOLN LAW SCHOOL-COMPENSATION AS INSTRUCTOR | $ 3,140.00 |
| 2 | 8/15/96 | University of Santa Clara Law School-Instructor | $ 5,777.76 |
| 3 | | | |
| 4 | | | |
| 5 | | | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>WARE, JAMES . | Date of Report<br>07/01/1997 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.

( those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse
a. endent children, respectively. See pp. 26-29 of Instructions.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ | NONE (No such reportable reimbursements or gifts) | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. OTHER GIFTS

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ | NONE (No such reportable gifts) | | |
| | :empt | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

## VI. LIABILITIES

(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |

* VAL CODES: J=$15,000 or less  K=$15,001-$50,000  L=$50,001 to $100,000  M=$100,001-$250,000  N=$250,001-$500,000
O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>WARE, JAMES . | Date of Report<br>07/01/1997 |
|---|---|---|

**VII. Page 1 INVESTMENTS and TRUSTS** — *Income, value, transactions (includes those of spouse and dependent children. See pp. 37-54 of instructions.)*

| A.<br>...ription of Assets<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (no reportable income, assets, or transactions) | | | | | | | | | |
| 1 Dean Witter IRA | A | Interest | J | T | Exempt | | | | |
| 2 USAA IRA | A | Interest | J | T | Exempt | | | | |
| 3 General Motors | A | Dividend | J | T | Exempt | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| 1 ... ^n Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| , D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |
| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=$50,000,001 or more | | | |
| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| (Col. C2) | U=Book Value | V=Other | W=Estimated | | |

Digitized by Google

# 1092

| | Name of Person Reporting | Date of Report |
|---|---|---|
| FINANCIAL DISCLOSURE REPORT | WARE, JAMES . | 07/01/1997 |

## IX. CERTIFICATION

compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _James Ware_      Date _July 1, 1997_

Note:     Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

**FILING INSTRUCTIONS**

Mail original and three additional copies to:

**Committee on Financial Disclosure**
**Administrative Office of the United States Courts**
**One Columbus Circle, N.E.**
**Suite 2-301**
**Washington, D.C. 20544**

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>WARE, JAMES . | Date of Report<br>07/01/1997 |
|---|---|---|

**VII.  ADDITIONAL INFORMATION OR EXPLANATIONS.**     (Indicate part of report.)

☐  **NONE**   (No additional information or explanations.)

Digitized by Google

# 1094

## FINANCIAL STATEMENT

### NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on hand and in banks | $4,300 | Notes payable to banks--secured | 0 |
| U.S. Government securities--Schedule 1 | 150 | Notes payable to banks--unsecured | 0 |
| Listed Securities--Schedule 2 | 70 | Notes payable to relatives | 0 |
| Unlisted securities--Schedule 3 | 31,000 | Notes payable to others | 0 |
| Accounts and notes receivables: | | Accounts and bills due | 0 |
| Due from relatives and friends | 85,000 | Unpaid income tax | 0 |
| Due from others | 0 | Other unpaid tax and interest | 0 |
| Doubtful | 0 | Real estate mortgages payable--Schedule 5 | 325,000 |
| teal estate--Schedule 4 | 715,000 | Chattel mortgages and other liens payable | 65,000 |
| Autos and other personal property | 55,000 | Other debts--itemize: | |
| Cash value--life insurance | 10,000 | Consumer Credit | 20,000 |
| Other assets--itemize: | | Education Loans | 40,000 |
| Boat | 30,000 | | |
| Household Furnishings & Personal Effects | 200,000 | Total Liabilities | 450,000 |
| | | Net Worth | 595,520 |
| Total Assets | 1,045,520 | Total liabilities and net worth | 1,045,520 |
| **CONTINGENT LIABILITIES** | | **GENERAL INFORMATION** | |
| As endorser, comaker or guarantor | None | Are any assets pledged? | No |
| On leases or contracts | None | Are you defendant in any suits or legal actions? | Yes (See Biographical Questionnaire) |
| Legal Claims | None | Have you ever taken bankruptcy? | No |
| rovision for Federal Income Tax | Payroll Withholding | | |
| Other special debt | None | | |

Digitized by Google